1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
5  adw@thorndal.com
   Attorneys for Plaintiff
6  Tropicana Entertainment, Inc.

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 20 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROPICANA ENTERTAINMENT INC. d/b/a
TROPICANA CASINO & RESORT,

                  Plaintiff,

vs.

N3A MANUFACTURING, INC., d/b/a
HOTELURE, INC.; NIALL ALLI, an
individual; JAY KALMAN, an individual; and
DOES 1 through 10,

                  Defendants.

CASE NO. 3:16-cv-00257-LRH-VPC

ORDER

**MOTION FOR DISASSOCIATION OF COUNSEL**

COMES NOW, Plaintiff, TROPICANA ENTERTAINMENT INC., by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby move that, as Adam L. Woodrum, Esq., is no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger, he be disassociated as counsel for the Plaintiff.

/ / /

/ / /

/ / /

/ / /

- 1 -

Katherine F. Parks, Esq., of the firm Thorndal Armstrong Delk Balkenbush & Eisinger will continue to represent the Plaintiff in this action.

Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of ADAM L. WOODRUM from the list of attorneys associated with this case, as well as future pleadings.

DATED this 15th day of March, 2018.

>                THORNDAL ARMSTRONG
>                DELK BALKENBUSH & EISINGER
>
>                By: / s / Katherine F. Parks
>                Katherine F. Parks, Esq.
>                State Bar No. 6227
>                6590 S. McCarran Blvd., Suite B
>                Reno, Nevada 89509
>                (775) 786-2882
>                kfp@thorndal.com
>
>                Attorneys for Plaintiff

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: March 20, 2018

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **MOTION FOR DISASSOCIATION OF COUNSEL** to be served on all parties to this action by:

✓ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada

✓ United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

___ personal delivery

___ facsimile (fax)

___ Federal Express/UPS or other overnight delivery

fully addressed as follows:

| | |
|---|---|
| Niall Alli<br>c/o N3A Manufacturing, Inc.<br>345 Doughty Boulevard<br>Inwood, NY 11096<br>Niall.alli@hotelure.com | Jay Kalman<br>c/o N3A Manufacturing, Inc.<br>345 Doughty Boulevard<br>Inwood, NY 11096<br>Niall.alli@hotelure.com |
| N3A Manufacturing, Inc.<br>345 Doughty Boulevard<br>Inwood, NY 11096<br>Niall.alli@hotelure.com<br>*Pro Per Defendants* | N3A Manufacturing, Inc.<br>c/o N2A Corporation, Resident Agent<br>345 Doughty Boulevard<br>Inwood, NY 11096<br>Niall.alli@hotelure.com<br>*Pro Per Defendants* |

DATED this 15th day of March, 2018.

/ s / *Sam Baker*
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER