UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TROPICANA ENTERTAINMENT INC.,

    Plaintiff,

v.

N3A MANUFACTURING, INC., d/b/a HOTELURE, INC.; NIALL ALLI; and JAY KALMAN,

    Defendants.

Case No. 3:16-cv-0257-LRH-CBC

ORDER

    Before the court is plaintiff Tropicana Entertainment Inc.'s ("Tropicana") proposed judgment in a civil case. ECF No. 71. The court has reviewed the proposed order and finds that it does not comply with the court's prior order. *See* ECF No. 69. First, the order is written as a judgment form to be signed by the clerk of court, rather than a proposed order directing judgment be entered. Second, the proposed judgment does not provide the court with sufficient information concerning the amount of the judgment (including the 7.5% prejudgment interest rate) for the court to approve of such an order. Finally, the proposed judgment includes attorneys' fees for which Tropicana has not yet moved and not yet been approved. Therefore, the court shall deny the proposed judgment in a civil case.

///

///

IT IS THEREFORE ORDERED that plaintiff's proposed judgment in a civil case (ECF No. 71) is DENIED.

IT IS FURTHER ORDERED that plaintiff Tropicana Entertainment Inc. shall have ten (10) days after entry of this order to prepare an appropriate order directing judgment be entered against defendants and submit the same for approval and signature. In that proposed order, plaintiff shall identify the basis for the damages award against defendants including the basis for prejudgment interest.

IT IS FURTHER ORDERED that plaintiff Tropicana Entertainment Inc. shall have ten (10) days after entry of this order to file a motion for attorneys' fees, if any, which complies the Federal Rules of Civil Procedure and the Local Rules of the District of Nevada.

IT IS SO ORDERED.

DATED this 7th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE