1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROPICANA ENTERTAINMENT INC. d/b/a TROPICANA CASINO & RESORT,<br><br>           Plaintiff,<br><br>vs.<br><br>N3A MANUFACTURING, INC., d/b/a HOTELURE, INC.; NIALL ALLI, an individual; JAY KALMAN, an individual; and DOES 1 through 10,<br><br>           Defendants. | CASE NO.  3:16-cv-00257-LRH- CBC<br><br><br>**ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF TROPICANA ENTERTAINMENT, INC.** |

This matter came before the Court on Plaintiff TROPICANA ENTERTAINMENT, INC.'s motion for entry of default judgment against Defendants, N3A MANUFACTURING INC., d/b/a HOTELURE, INC., NIALL ALLI, and JAY KALMAN, pursuant to Rule 55(b)(2) of Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the parties, and having granted the Plaintiff's motion for default judgment on May 3, 2018, the Court directs entry of judgment in favor of Tropicana Entertainment, Inc. as follows:

IT IS HEREBY ORDERED that judgment is entered in favor of Tropicana Entertainment, Inc. in the sum of $2,575,329.00.

IT IS FURTHER ORDERED that Tropicana Entertainment, Inc. is entitled to, and the Court hereby orders, pre-judgment interest on the judgment at the rate of 7.00% from the date of

service of the summons and First Amended Complaint on August 17, 2016, through the date of the judgment in the amount of $331,247.28, and post-judgment interest on the judgment at a rate of 2.55% from the date of entry of judgment until the judgment is satisfied.  In diversity actions such as the case at bar, state law determines the rate of pre-judgment interest and federal law governs the rate of post-judgment interest.  *Citicorp Real Estate, Inc. v. Smith,* 155 F.3d 1097, 1107-08 (9th Cir. 1998).  Pursuant to Nevada state law, Tropicana Entertainment, Inc. is entitled to pre-judgment interest at a rate of 7.00%.  *See,* NRS 17.130(2).  Pursuant to federal law, Tropicana Entertainment, Inc. is entitled to post-judgment interest at a rate of 2.55% compounded annually.  *See,* 28 U.S.C. §1961(a) and (b).

IT IS SO ORDERED.

DATED this 25th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE